UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17—80525-CIV-MARRA/MATTHEWMAN

JENNIFER FORD HERNANDEZ,
    Plaintiff,
vs.

OCWEN LOAN SERVICING, LLC and U.S. BANK
NATIONAL ASSOCIATION, as trustee for GSMPS
2005-RP3,
    Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted on September 28, 2018 at 9:00am. The conference resulted in the following:

_____    Final agreement was made between the parties.

__X__    No agreement.

_____    These proceedings have been adjourned.

**I HEREBY CERTIFY** that on this 1st day of October, 2018 a copy of the foregoing was e-filed and served through the Electronic Case Filing System (CM / ECF), Charles A. Gower, Esq.; Charles@cagower.com ; Shaun P. O'Hara, Esq.; shaun@cagower.com ; Robert Andrew Bernstein, Esq.; rberstein@aclaw-firm.com ; Jason H. Okleshen, Esq.; okleshenj@gtlaw.com . Brandon S. Leon, Esq.; leonb@gtlaw.com Brian W. Chaiken, Esq.; bchaiken@aclaw-firm.com .

Respectfully Submitted,

**TOM LYNCH, P.A.**
Mediator #33600R
1136 S.E. 3RD Ave.
Fort Lauderdale, Fl. 33316
954-923-9263
tomlynchmediation@gmail.com