# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JENNIFER FORD HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC and | ) | Case No. 9:17-cv-80525 |
| U.S. BANK NATIONAL | ) | |
| ASSOCIATION, as trustee for GSMPS | ) | |
| 2005-RP3, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants Ocwen Loan Servicing, LLC and U.S. Bank National Association, as Trustee for GSMPS 2005-RP3 ("***Defendants***") respectfully request that the Court ask prospective jurors at trial the Proposed Voir Dire Questions as listed below.

Dated: January 3, 2018

**DUANE MORRIS LLP**

 */s/ Kassia Fialkoff*
Kassia Fialkoff
Florida Bar No.: 117708
kfialkoff@duanemorris.com
201 South Biscayne Boulevard, #3400
Miami, Florida 33131
Telephone: (305) 960-2200

Alexander D. Bono (*admitted pro hac vice*)
adbono@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103
Telephone:  (215) 979-1000

*Attorneys for Ocwen Loan Servicing, LLC and*
*U.S. Bank National Association, as Trustee for*
*GSMPS 2005-RP3*

DM1\9275357.1

1. Do you know anybody in the jury panel serving with you today?

2. Do any of you know the Honorable Kenneth A. Marra?

3. Do any of you know either or any of the attorneys or the law firms?

4. Do any of you know Jennifer Hernandez or members of her family?

5. Do any of you know David Hernandez or members of his family?

6. Do any of you know Freddie Allen Ford or members of his family?

7. Do any of you know Kevin Flannigan or members of his family?

8. Can you accept the law as explained by the court and apply it to the facts regardless of your personal beliefs about what the law is or should be?

9. The court will instruct the jury on claims made by plaintiff and defenses made by defendants. Will you be able to follow those instructions on the law and apply the facts admitted in evidence on those claims and defenses?

10. The trial is expected to last for 4 to 7 days. Is there anything about the length or scheduling of the trial that would interfere with your ability to serve?

11. Do you have any medical, personal, dependence or financial problems that would make it difficult for you to serve on this jury?

12. *Radio / Satellite Radio* – If you listen to radio / satellite radio, then please tell us to what station(s) you listen.

13. *Internet / Social Media* – If you use the internet / social media, then please tell us what sites you use and who you follow.

14. Has anyone ever had a mortgage loan?

15. Have any of you ever had a loan with or serviced by Ocwen Loan Servicing or U.S. Bank or any other loan servicer?

16. Have you or anyone close to you ever had any issues with mortgage companies or mortgage servicers?

17. Have you or anyone in your family ever filed for bankruptcy?

18. Have you or anyone in your family ever been subject to a mortgage foreclosure lawsuit?

19. Have you or anyone in your family ever sued a mortgage company or mortgage servicer or bank?

20. Have you or anyone in your family ever filed a lawsuit or been sued in a lawsuit?

   a. For fraud?
   b. For trespass?
   c. For conversion?
   d. For wrongful foreclosure?
   e. For breach of contract?
   f. For unjust enrichment?
   g. For violation of the Truth in Lending Act?
   h. For emotional distress?
   i. For punitive damages?

21. Have you or anyone close to you ever worked:

   a. In any capacity in the banking field?
   b. Or as a mortgage lender?
   c. Or as a mortgage servicer?

22. Have any of you ever missed payments on your mortgage?

23. If so, how did the mortgage company handle your situation?

DM1\9275357.1

24. How many of you believe that banks are irresponsible?

25. How many of you think banks have caused the economic crisis in the country?

26. Have any of you been involved in a foreclosure or been sued by a bank or mortgage company?

27. Have you or a family member ever thought that you had a good reason to bring a lawsuit but decided against it?

28. Have you ever made a hazard insurance claim?

　　a. For a fire loss?

29. Have you or anyone in your family ever been convicted of a crime?[1]

　　a. Found guilty by a jury?

　　b. Sentenced to prison?

30. Have you or anyone in your family been diagnosed with mental illness?

　　a. For anxiety?

　　b. For depression?

　　c. For PTSD?

31. Are any of you or members of your family being treated for mental illness?

　　a. For anxiety?

　　b. For depression?

　　c. For PTSD?

32. Are any of you or members of your family taking medication for mental illness?

　　a. For anxiety?

---

[1] Defendants propose use of a confidential questionnaire on sensitive matters involving personal privacy in requests ## 29 - 33.

      b. For depression?

      c. For PTSD?

33. Are any of you or members of your family being treated by a therapist, counselor, psychologist, psychiatrist, or other mental health professional?

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by electronic service using CM/ECF on this 3rd day of January, 2019, on all counsel or parties of record on the Service List below.

/s/ Kassia Fialkoff
Kassia Fialkoff

## SERVICE LIST

Charles A. Gower, Esq.
Shaun P. O'Hara, Esq.
Charles A. Gower, P.C.
P.O. Box 5509
1425 Wynnton Road
Columbus, GA 31906
*charlie@cagower.com*
*shaun@cagower.com*

Robert Andrew Bernstein, Esq.
Brian W. Chaiken, Esq.
Annesser & Chaiken, PLLC
2525 Ponce De Leon Blvd., Suite 625
Coral Gables, Florida 33134
*rberstein@aclaw-firm.com*
*bchaiken@aclaw-firm.com*

DM1\9275357.1