UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80525-CIV-MARRA/MATTHEWMAN

JENNIFER FORD HERNANDEZ

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC and
U.S. BANK NATIONAL ASSOCIATION,
as trustee for GSMPS 2005-RP3

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the jury verdict in Defendants' favor on the wrongful foreclosure, fraud, misrepresentation, trespass, and conversion counts, which were all of the counts that were tried before the jury.[1]

Also before the Court is its Order granting summary judgment in Defendants' favor on the intentional infliction of emotional distress claim. (ECF No. 93.)

Accordingly, it is therefore

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants Ocwen Loan Servicing, LLC and U.S. Bank National Association, as trustee for GSMPS 2005-RP3, and against Plaintiff Jennifer Ford Hernandez, who shall take nothing in this cause of action.

---

[1] Plaintiff voluntarily dismissed the remaining Truth in Lending Act, unjust enrichment, and breach of contract claims.

The Clerk shall **CLOSE** this case. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of January, 2019.

_____
KENNETH A. MARRA
United States District Judge